THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NANCY MANYPENNY and KENNETH ENSER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON DIGITAL SERVICES LLC, and AMAZON TECHNOLOGIES, INC.,

Defendants.

Case No. 2:26-cv-01534-TL

**STIPULATED NOTICE TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE**

STIPULATED NOTICE TO EXTEND DEADLINES
(Case No. 2:26-cv-01534-TL)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the deadline for Amazon.com, Inc., Amazon.com Services LLC, Amazon Digital Services LLC, and Amazon Technologies, Inc. (collectively, "Defendants") to respond to the Complaint to July 9, 2026, and have agreed to set the following briefing schedule on Defendants' anticipated motion to dismiss. The Parties request that the Clerk reset the deadlines as noticed.

| Event | Deadline |
|---|---|
| Defendants' Motion to Dismiss (Fed. R. Civ. P. 12) | July 9, 2026 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss | August 10, 2026 |
| Defendants' Reply in Support of Motion to Dismiss | August 25, 2026 |

STIPULATED NOTICE TO EXTEND DEADLINES
(Case No. 2:26-cv-01534-TL)

RESPECTFULLY SUBMITTED this 1st day of June, 2026.


By: _s/ Nick Suciu, III_____
Nick Suciu, III (*Pro Hac Vice*)
**BRYSON HARRIS SUCIU & DEMAY PLLC (MI)**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
616-678-2180
*nsuciu@brysonpllc.com*

Roger Mulford Townsend (Bar No. 25525)
**TOWNSEND LEGAL PLLC**
380 Winslow Way, Suite 200
Bainbridge Island, WA 98110
206-761-2480
*roger@townsendlegal.com*

Trenton R. Kashima (*Pro Hac Vice*)
**BRYSON HARRIS SUCIU & DEMAY (CA)**
19800 Macarthur Blvd., Suite 270
Irvine, CA 92612
212-946-9389
tkashima@brysonpllc.com

*Attorneys for Plaintiffs*

By: *s/ Jordan Joachim*_____
Charles C. Sipos (Bar No. 32825)
Lauren J. Tsuji (Bar No. 55839)
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
206-359-8000
*CSipos@perkinscoie.com*
*LJTsuji@perkinscoie.com*

Jonathan M. Sperling (*Pro Hac Vice* Forthcoming)
Jordan Joachim (*Pro Hac Vice* Forthcoming)
**COVINGTON & BURLING LLP**
30 Hudson Yards
New York, NY 10001-2170
212-841-1000
*jsperling@cov.com*
*jjoachim@cov.com*

Marianne Spencer (*Pro Hac Vice* Forthcoming)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
202-662-6000
*mspencer@cov.com*

*Attorneys for Defendants*
*AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON DIGITAL SERVICES LLC and AMAZON TECHNOLOGIES, INC.*

STIPULATED NOTICE TO EXTEND DEADLINES
(Case No. 2:26-cv-01534-TL)