THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY MANYPENNY and KENNETH ENSER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON DIGITAL SERVICES LLC, and AMAZON TECHNOLOGIES, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-01534-TL<br><br>**DECLARATION OF EUGIDE MATONDO IN SUPPORT OF DEFENDANTS' RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS** |

I, Eugide Matondo, declare and state as follows:

1. I am a Litigation Paralegal at Amazon.com, Inc. ("Amazon"). I am familiar with the manner in which Amazon's records are created and maintained by virtue of my duties and responsibilities. I make this declaration based on knowledge gained as an employee of Amazon and my review of Amazon records kept and maintained in the ordinary course of business.

2. I understand that Plaintiff Nancy Manypenny alleges that she purchased and started using an Amazon Fire TV on or about May 28, 2024, and Plaintiff Kenneth Enser alleges that he purchased and started using a Toshiba 55C350LU television running Fire TV on or about October 9, 2024.

3. Attached as **Exhibit A** is a true and correct copy of the Amazon Conditions of Use that was in place from September 14, 2022, to May 30, 2025. This was the version of the Conditions of Use that was found at www.amazon.com/conditionsofuse when Plaintiffs started using their televisions.

4. Attached as **Exhibit B** is a true and correct copy of the Privacy Notice that was in place from March 31, 2024, to June 30, 2025. During that time period, when a user clicked the hyperlinked term "Privacy Notice" in the Amazon Conditions of Use, the user was directed to a webpage that contained the Privacy Notice contained in **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 9, 2026 in Seattle, Washington.

DocuSigned by:
31C42E028832492...

Eugide Matondo